No. 96–603. GRIFFIN *v.* MEDTRONIC, INC. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Medtronic, Inc.* v. *Lohr*, 518 U. S. 470 (1996). 

No. 96–964. AMERICAN LIFE & CASUALTY INSURANCE CO. *v.* TROSTEL ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Economic Growth and Regulatory Paperwork Reduction Act of 1996, Pub. L. No. 104–208, §2609. 

No. D–1749. IN RE DISBARMENT OF KEATHLEY. Disbarment entered. [For earlier order herein, see *ante*, p. 1004.]

No. D–1768. IN RE DISBARMENT OF KAUFMAN. Robert Scott Kaufman, of Coral Gables, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1769. IN RE DISBARMENT OF DAVISON. Burns H. Davison II, of Des Moines, Iowa, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1770. IN RE DISBARMENT OF HENRY. James D. Henry, Jr., of St. Petersburg, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.